NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALLSTATE INSURANCE COMPANY,    )
                               )
            Appellant,         )
                               )
v.                             )          Case No.   2D16-1904
                               )
ALYSSA SALERNO,                )
                               )
            Appellee.          )
_____)

Opinion filed April 4, 2018.

Appeal from the Circuit Court for
Sarasota County; Kimberly Bonner and
Brian A. Iten, Judges.

Kansas R. Gooden of Boyd & Jenerette,
P.A., Jacksonville, for Appellant.

Melton H. Little of Kallins, Little &
Delgado, P.A., Palmetto; and Susan J.
Silverman, Sarasota, for Appellee.


PER CURIAM.


        Affirmed.


KELLY, BLACK, and SALARIO, JJ., Concur.